UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY LIMONCELLO LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>    Defendant. | Case No. 24-cv-03243-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on September 3, 2024. Having considered the parties' proposals, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 1, 2024 |
| Exchange of Opening Expert Reports | January 31, 2025 |
| Exchange of Rebuttal Expert Reports | March 7, 2025 |
| Close of Fact & Expert Discovery | April 15, 2025 |
| Dispositive Motion Hearing Deadline | August 15, 2025, at 2:00 p.m. |
| Pretrial Conference | November 4, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | November 17, 2025, at 8:30 a.m. |

//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This terminates Dkt. No. 21.
4   **IT IS SO ORDERED.**
5   Dated: 9/12/2024

      _____
      HAYWOOD S. GILLIAM, JR.
      United States District Judge