UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY LIMONCELLO LLC et al.<br><br>Plaintiff(s)<br>v.<br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY<br><br>Defendant(s) | CASE No C 4:24-cv-3243- HSG<br><br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   The parties agree to utilize private mediation with one of the following providers:
   Signature Resolution, Jams, or Judicate West.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: July 15, 2025

Date: October 10, 2024     /s/ Jeffrey Valentine Weber
                            Attorney for Plaintiff
                            Napa Valley Limoncello LLC d/b/a Napa Valley Distillery; Napastak, Inc. d/b/a Napastak Cellars

Date: October 10, 2024     /s/ Emily Nozick
                            Attorney for Defendant
                            Nationwide Agribusiness Insurance Company

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 11/6/2024            *[signature]*
                            U.S. DISTRICT JUDGE

*Form ADR-Stip rev. 1-15-2019*