| | |
|---|---|
| SONIA MARTIN (SBN 191148)<br>sonia.martin@dentons.com<br>EMILY NOZICK (SBN 201050)<br>emily.nozick@dentons.com<br>DENTONS US LLP<br>1999 Harrison Street, Suite 1210<br>Oakland, CA  94612<br>Telephone:  415 882 5000<br>Facsimile:   415 882 0300<br><br>Attorneys for Defendant<br>NATIONWIDE AGRIBUSINESS<br>INSURANCE COMPANY | JEFFREY WEBER, SBN 283570<br>jeff@briggsalexander.com<br>LEV ZARTARIAN, SBN 284617<br>lev@briggsalexander.com<br>BRIGGS & ALEXANDER, APC<br>4300 Newport Beach, Suite 210<br>Newport Beach, CA 92660<br>Tel. (714) 520-9250<br>Fax (714) 520-9248<br>Attorneys for Plaintiffs<br>NAPA VALLEY LIMONCELLO LLC and<br>NAPASTAK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY LIMONCELLO LLC, d/b/a NAPA VALLEY DISTILLERY, a California limited liability company; NAPASTAK, INC., d/b/a NAPASTAK CELLARS, a California corporation,<br><br>                             Plaintiffs,<br><br>          v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation, and DOES 1-10,<br><br>                             Defendants. | Case No. 4:24-cv-3243- HSG<br><br>**REVISED STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

Pursuant to the Standing Order for Judge Haywood S. Gilliam, Jr. and Local Rule 6-2 plaintiffs Napa Valley Limoncello LLC and Napastak, Inc. ("Plaintiffs") and defendant Nationwide Agribusiness Insurance Company ("Nationwide" or "Defendant") submit this Revised Stipulation and [Proposed] Order Extending Discovery Deadlines.

On September 12, 2024, the parties submitted the following revised case schedule (Dkt. 21) and that same day the Court signed an order with the following revised case schedule (Dkt. 23):

| | |
|---|---|
| Exchange of opening expert reports: | January 31, 2025 |
| Exchange of rebuttal expert reports: | March 7, 2025 |
| Close of fact & expert discovery: | April 15, 2025 |
| Dispositive pre-trial motion hearing deadline: | August 15, 2025 |
| Pretrial conference: | November 4, 2025 |
| Trial: | November 17, 2025 |

The Parties have met and conferred and jointly request additional time for the opening exchange of expert reports, expert rebuttal reports, and the deadline to complete fact and expert discovery. As explained in the attached Declaration of Emily Nozick in support of this joint stipulation, the Parties are in agreement that good cause exists here for extending the requested deadlines, as the additional time will allow the Parties to complete certain fact discovery in advance of the designation of their respective experts. In addition, these proposed dates will not alter the previously set dates for the pretrial conference or trial.

The parties hereby stipulate to the following revised case schedule:

| | |
|---|---|
| Exchange of opening expert reports: | March 28, 2025 |
| Exchange of rebuttal expert reports: | May 5, 2025 |
| Close of fact & expert discovery: | June 27, 2025 |
| Dispositive pre-trial motion hearing deadline: | August 15, 2025 |
| Pretrial conference: | November 4, 2025 |
| Trial: | November 17, 2025 |

The parties respectfully request the Court adopt the foregoing stipulated as the order of the Court.

Dated: December 13, 2024            BRIGGS & ALEXANDER, APC

                                    By: */s/ Jeffrey Weber*
                                        JEFFREY WEBER

                                    Attorneys for Plaintiffs

Dated: December 13, 2024            DENTONS US LLP


                                    By: */s/ Emily Nozick*
                                        EMILY NOZICK

                                    Attorneys for Defendant NATIONWIDE
                                    AGRIBUSINESS INSURANCE COMPANY

<u>SIGNATURE ATTESTATION</u>

I am the ECF User whose identification and password are being used to file this REVISED STIPULATION AND [PROPOSED] ORDER SETTING REVISED CASE SCHEDULE. Pursuant to L.R. 5-1(h)(3) regarding signatures, I, Emily Nozick, attest that concurrence in the filing of this document has been obtained.

Date: December 13, 2024                    */s/ Emily Nozick*
                                              Emily Nozick

- 3 -

Case number 4:24-cv-3243- HSG            STIPULATION AND ORDER

US_ACTIVE\128611018\V-2

## ORDER

Pursuant to the above-stipulation, and for good cause shown, the Court hereby sets the schedule for discovery, motions and trial, as follows:

| | |
|---|---|
| Exchange of opening expert reports: | March 28, 2025 |
| Exchange of rebuttal expert reports: | May 5, 2025 |
| Close of fact & expert discovery: | June 27, 2025 |
| Dispositive pre-trial motion hearing deadline: | August 15, 2025 at |
| Pretrial conference: | November 4, 2025 |
| Trial: | November 17, 2025 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/13/2024    By: /s/ Haywood S. Gilliam, Jr.
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge