1  SONIA MARTIN (SBN 191148)
   sonia.martin@dentons.com
2  MORDECAI BOONE (SBN 196811)
   mordecai.boone@dentons.com
3  EMILY NOZICK (SBN 201050)
   emily.nozick@dentons.com
4  THOMAS D'ANTONIO (SBN 316472)
   thomas.dantonio@dentons.com
5  DENTONS US LLP
   1999 Harrison Street, Suite 1210
6  Oakland, CA  94612
   Telephone:  415 882 5000
7  Facsimile:  415 882 0300

8  Attorneys for Defendant
   NATIONWIDE AGRIBUSINESS
9  INSURANCE COMPANY

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15  NAPA VALLEY LIMONCELLO LLC, d/b/a      Case No. 4:24-cv-3243- HSG
    NAPA VALLEY DISTILLERY, a California
16  limited liability company; NAPASTAK, INC.,  **RESUBMITTED STIPULATION AND**
    d/b/a NAPASTAK CELLARS, a California    **ORDER TO EXTEND EXPERT**
17  corporation,                           **REPORT DEADLINES ONLY**

18              Plaintiffs,

19        v.

20  NATIONWIDE AGRIBUSINESS
    INSURANCE CO., an Iowa corporation, and
21  DOES 1-10,

22              Defendants.

23

24        Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rules 143 and 144, and the Honorable

25  Haywood S Gilliam, Jr., plaintiffs Napa Valley Limoncello LLC, d/b/a Napa Valley Distillery; Napastak,

26  Inc., d/b/a Napastak Cellars and defendant Nationwide Agribusiness Insurance Co., by and through their

27  respective counsels of record, stipulate and agree as follows and respectfully request entry of an order giving

28  effect to their stipulation:

WHEREAS, the parties have been engaging in extensive discovery including, but not limited to: requests for production of documents, requests for admission, interrogatories, negotiating and stipulating to a protective order, supplemental document productions, meeting and conferring to work through multiple discovery disputes without involving the court, and propounding numerous third party subpoenas;

WHEREAS, the parties have taken two depositions and need to conduct three more prior to the disclosure of expert reports;

WHEREAS, the parties, through no fault of their own, have experienced delays in the production of third party testing documents necessary to conduct the remaining depositions;

WHEREAS, pursuant to Local Rule 144(b), the Court has granted one prior request to modify the deadlines in this case (Dkt. 25);

WHEREAS, the current case schedule is as follows:

| Event | Current Deadline |
| :---: | :---: |
| Exchange of opening expert reports | March 28, 2025 |
| Exchange of rebuttal expert reports | May 5, 2025 |
| Close of fact and expert discovery | June 27, 2025 |
| Dispositive pre-trial motion hearing deadline | August 15, 2025 |
| Pretrial conference: | November 4, 2025 |
| Trial | November 17, 2025 |

WHEREAS, a continuance of the expert report exchange deadlines is necessary to provide the parties adequate time to complete the depositions necessary as bases for expert reports;

WHEREAS, the parties seek to extend the expert exchange report deadlines only;

WHEREAS, this will not affect any other dates in the schedule;

WHEREAS, the parties agree to move the two dates below as follows:

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
415 882 5000

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of opening expert reports | March 28, 2025 | April 30, 2025 |
| Exchange of rebuttal expert reports | March 5, 2025 | May 28, 2025 |

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

Good cause exists to continue the expert disclosure deadlines in this matter, set forth in the Court's Order granting the parties' stipulated request to modify the case schedule (Dkt. 25) as set forth in the table above. Alternatively, the parties respectfully request that the Court set a further case management conference at which time new dates may be selected.

The parties respectfully request the Court adopt the foregoing stipulated as the order of the Court.

**IT IS SO STIPULATED.**

Dated: March 10, 2025          DENTONS US LLP


By: */s/ Mordecai Boone*
         Mordecai Boone

Attorneys for Defendant
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY


Dated: March 10, 2025          BRIGGS & ALEXANDER, APLC
                                                Jeffrey Weber, Esq.


By: */s/ Jeffrey Weber*
         Jeffrey Weber

Attorneys for Plaintiffs
NAPA VALLEY LIMONCELLO LLC, d/b/a
NAPA VALLEY DISTILLERY; NAPASTAK,
INC., d/b/a NAPASTAK CELLARS

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
415 882 5000

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
415 882 5000

## **ORDER**

Pursuant to the above-stipulation, and for good cause shown, the Court hereby continues the expert report deadlines set forth in the Court's Order granting the parties' stipulated request to modify the case schedule (Dkt. 25) and the new case schedule is as follows:

| **Event** | **Deadline** |
|---|---|
| Exchange of opening expert reports | April 30, 2025 |
| Exchange of rebuttal expert reports | May 28, 2025 |
| Close of fact and expert discovery | June 27, 2025 |
| Dispositive pre-trial motion hearing deadline | August 15, 2025 |
| Pretrial conference: | November 4, 2025 |
| Trial | November 17, 2025 |

**IT IS SO ORDERED.**

Dated:   3/11/2025

By: _Haywood S. Gilliam Jr._
The Honorable Haywood S Gilliam, Jr.
United States District Judge