# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY LIMONCELLO LLC, d/b/a NAPA VALLEY DISTILLERY, a California limited liability company; NAPASTAK, INC., d/b/a NAPASTAK CELLARS, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation, and DOES 1-10,<br><br>Defendants. | Case No. 4:24-cv-3243- HSG<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE THE ADR COMPLETION DEADLINE**<br><br>Current ADR Deadline: 12/12/2025<br>Proposed ADR Deadline: 01/06/2026<br>Trial Date: 02/17/2026 |

Having considered the ex parte Application of Plaintiffs NAPA VALLEY LIMONCELLO LLC and NAPASTAK, INC. (collectively, "Plaintiffs") to continue the ADR completion deadline from December 12, 2025, to January 6, 2026, and good cause appearing, the Court HEREBY rules as follows:

1

Plaintiffs' ex Parte Application is GRANTED and the ADR completion deadline is continued to January 6, 2026.

IT IS SO ORDERED.

Dated:  12/2/2025

_____
Hon. Judge Haywood S. Gilliam, Jr.
United States District Judge

2
ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
TO CONTINUE THE ADR COMPLETION DEADLINE