SONIA MARTIN (SBN 191148)
sonia.martin@dentons.com
MORDECAI BOONE (SBN 196811)
mordecai.boone@dentons.com
EMILY NOZICK (SBN 201050)
emily.nozick@dentons.com
THOMAS D'ANTONIO (SBN 316472)
thomas.dantonio@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
Telephone:  415 882 5000
Facsimile:   415 882 0300

Attorneys for Defendant
NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY

JEFFREY WEBER, SBN 283570
jeff@briggsalexander.com
LEV ZARTARIAN, SBN 284617
lev@briggsalexander.com
BRIGGS & ALEXANDER, APC
4300 Newport Beach, Suite 210
Newport Beach, CA 92660
Tel. (714) 520-9250
Fax (714) 520-9248
Attorneys for Plaintiffs
NAPA VALLEY LIMONCELLO LLC and
NAPASTAK, INC.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA  94612
(415) 882 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY LIMONCELLO LLC, d/b/a NAPA VALLEY DISTILLERY, a California limited liability company; NAPASTAK, INC., d/b/a NAPASTAK CELLARS, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation, and DOES 1-10,<br><br>Defendants. | Case No. 4:24-cv-03243- HSG<br><br>**JOINT STIPULATION AND ORDER SCHEDULING OPPOSITIONS TO THE PARTIES' FIFTH MOTIONS IN LIMINE** |

Plaintiffs Napa Valley Limoncello LLC and Napastak, Inc. ("Plaintiffs") and defendant Nationwide Agribusiness Insurance Company ("Nationwide" or "Defendant") (together, the "Parties") submit this Joint Stipulation and [Proposed] Order Scheduling Oppositions To The Parties' Fifth Motions In Limine.

- 1 -

Case number 4:24-cv-03243- HSG

JOINT STIPULATION AND  ORDER
SCHEDULING OPPOSITIONS TO THE
PARTIES' FIFTH MOTIONS IN LIMINE

1. On January 13, 2026, the Parties requested leave to file their fifth motion in limine later than January 13, 2026, so that they would instead be due within 5 business days of the Court's Order on Defendant's pending Motion To Exclude Plaintiffs' Retained Scientific and Claims Handling Experts: Janice Ramsay. (Dkt. No. 44).

2. On January 15, 2026, the Court denied this request. The Court ruled, "[I]t is unclear to the Court why anything about that soon-to-be-resolved issue should affect the parties' ability to timely file any last motion in limine they deem necessary. To the extent the parties wish to file a fifth motion in limine, their deadline to do so is January 20, 2026, in accordance with the Court's pretrial and trial standing order." (Dkt. No. 81).

3. The Court's pretrial and trial standing order also set the due date for all oppositions to motions in limine also on January 20, 2026.

4. On January 20, 2026, both parties filed their fifth motions in limine. (Dkt. Nos. 86 and 92). Because these filings occurred late in the day, it was impossible for either Party to file an opposition that day.

5. The Parties are unsure of whether the Court wants to consider the fifth motion in limine each filed with or without an opposition, but do not want to file oppositions without Court approval.

6. The parties therefore stipulate to have the oppositions to their respective fifth motions in limine due on January 26, 2026, if it so pleases the Court.

Dated: January 23, 2026

BRIGGS & ALEXANDER, APC

By: _/s/Peter Sunukjian_
Peter Sunukjian

Attorneys for Plaintiffs
NAPA VALLEY LIMONCELLO LLC and
NAPASTAK, INC

- 2 -

Case number 4:24-cv-03243- HSG

JOINT STIPULATION AND  ORDER
SCHEDULING OPPOSITIONS TO THE
PARTIES' FIFTH MOTIONS IN LIMINE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

Dated:  January 26, 2025

DENTONS US LLP


By:  */s/Thomas D'Antonio*
Thomas D'Antonio

Attorneys for Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY


SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TRIAL DATE AND CERTAIN SCHEDULING DEADLINES.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Peter Sunukjian, attest that concurrence in the filing of this document has been obtained.


Date:  January 23, 2025

*/s/Peter Sunukjian*
Peter Sunukjian

- 3 -

Case number 4:24-cv-03243- HSG

JOINT STIPULATION AND  ORDER SCHEDULING OPPOSITIONS TO THE PARTIES' FIFTH MOTIONS IN LIMINE

# ORDER

Pursuant to the above-stipulation, and for good cause shown, the Court hereby sets the due date for the oppositions to Defendant's Motion in Limine No. 5 re Excluding Evidence Of Or Argument In Front Of The Jury That Nationwide's 2017 Claim Coverage Decision In Any Way Required It To Reach A Similar Coverage Decision And/Or Pay Plaintiffs' 2020 Claim, Docket No. 86, and Plaintiffs' Motion in Limine No. 5 re Excluding Testimony of Defense Expert Scott McFarland, Docket No. 92, to January 26, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 26, 2026

By: _____
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882 5000

- 4 -

Case number 4:24-cv-03243- HSG

JOINT STIPULATION AND ORDER SCHEDULING OPPOSITIONS TO THE PARTIES' FIFTH MOTIONS IN LIMINE