UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAPA VALLEY LIMONCELLO LLC, d/b/a NAPA VALLEY DISTILLERY, et al., a California limited liability company; NAPASTAK, INC., d/b/a NAPASTAK CELLARS,

        Plaintiff(s),

        v.

NATIONWIDE AGRIBUSINESS INSURANCE CO., an Iowa corporation, and DOES 1-10,      ,

        Defendant(s).

Case No. 4:24-cv-03243-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Drew W. Marrocco__, an active member in good standing of the bar of

__the District of Columbia__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Nationwide Agribusiness Insurance Company__ in the above-entitled action. My local co-counsel in this case is __Mordecai D. Boone__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __196811__.

Dentons US LLP
1900 K Street NW
Washington DC 38955
MY ADDRESS OF RECORD

202-408-6387
MY TELEPHONE # OF RECORD

drew.marrocco@dentons.com
MY EMAIL ADDRESS OF RECORD

Dentons US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-882-5000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mordecai.boone@dentons.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __453205__.

2

US_ACTIVE\132207493\V-1

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  1  time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2026                                    /s/ Drew W. Marrocco
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Drew W. Marrocco          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    2/3/2026

_____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

2

US_ACTIVE\132207493\V-1

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **DREW WILLIAM MARROCCO** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **DREW WILLIAM MARROCCO** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 1995**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 1, 2025

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Drew W Marrocco

*was duly qualified and admitted on December 2, 1996 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 09, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*